# United States District Court
# For The Western District of North Carolina
# Statesville Division

UNITED STATES OF AMERICA,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      CASE N. 5:11CV181

MARK S. THOMAS,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that the United States' Motion for Summary Judgment is hereby granted.  Accordingly, Final Judgment is hereby entered against Defendant Thomas in the amount of $68,401.03 (total principal), plus interest consistent with the terms of the loan and the applicable federal regulations and in accordance with the Court's July 12, 2012, Order.

                                      Signed: July 12, 2012

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court