# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:11-CV-00181-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARK S. THOMAS, | ) |
| Defendant, | ) |
| and | ) |
| CHARTER COMMUNICATIONS, | ) |
| Garnishee. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Dismissal of Writ of Continuing Garnishment as to Garnishee Charter Communications. (Doc. 33). In 2012, the Government obtained a civil judgment against Defendant Mark S. Thomas for $139,469.84. (Doc. 9). In 2013, this Court issued a Writ of Continuing Garnishment as to Charter Communications. (Doc. 19). In April 2014, this Court issued an order continuing the writ of garnishment as to Charter Communications. (Doc. 28). As of January 2017, the Government had received $63,389.72 from Charter Communications through the garnishment order and, accounting for other payments received by the Government, Defendant's balance on the judgment stood at $77,501.33. (Doc. 31). On January 5, 2017, however, the Government received notice from Charter Communications that Defendant's employment at Charter Communications was terminated. *Id.*; (Doc. 33).

1

Having considered the Motion of the Government, the representation by the Government that Defendant is no longer employed by Charter Communications, and all other relevant matters of record, and having found good cause shown, **IT IS ORDERED THAT**:

(1) The Government's Motion to Dismiss the Writ of Continuing Garnishment as to Charter Communications (Doc. 33) is **GRANTED**;

(2) The Continuing Writ of Garnishment (Doc. 28) is **DISMISSED**;

(3) The Government may apply for a subsequent writ of continuing garnishment with this Court once Defendant has secured other employment so as to collect the remaining balance on the civil judgment against Defendant.

Signed: May 22, 2017

Richard L. Voorhees
United States District Judge